IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Municipality of Norristown     :
    :
    v.     : No. 919 C.D. 2019
    : SUBMITTED: March 26, 2020
JAR Investments, Inc.,     :
    Appellant     :


BEFORE:   HONORABLE RENÉE COHN JUBELIRER, Judge
           HONORABLE ELLEN CEISLER, Judge (P)
           HONORABLE BONNIE BRIGANCE LEADBETTER, Senior Judge


OPINION NOT REPORTED

MEMORANDUM OPINION
BY JUDGE CEISLER                           FILED: May 4, 2020

JAR Investments, Inc. (JAR) appeals from an order of the Court of Common Pleas of Montgomery County (trial court)[1] granting judgment in favor of the Municipality of Norristown (Norristown) for delinquent trash removal charges relating to JAR's three-unit rental property at 249 East Main Street in Norristown (Property). A separate but similar appeal by JAR is pending before this Court regarding another JAR rental property at 271 East Main Street in Norristown. That appeal is *Municipality of Norristown v. JAR Investments, Inc.* (Pa. Cmwlth., No. 917 C.D. 2019) (*JAR I*). By order dated October 9, 2019, this Court denied JAR's application to consolidate the two appeals, because the trial court held separate hearings (although much of the evidence in the first hearing was also considered as evidence in the second hearing, *see* Reproduced Record at 210a, 257a), and issued separate opinions. The two appeals were argued seriately and are being decided

---

[1] The Honorable Bernard A. Moore, S.J., presided.

contemporaneously and consistently with each other.  After thorough review, we affirm the trial court's order for the reasons set forth in our opinion in *JAR I*.


_____
ELLEN CEISLER, Judge

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Municipality of Norristown | : | |
| | : | |
| v. | : | No. 919 C.D. 2019 |
| | : | |
| JAR Investments, Inc., | : | |
| Appellant | : | |

# **O R D E R**

AND NOW, this 4th day of May, 2020, the order of the Court of Common Pleas of Montgomery County is AFFIRMED.

_____
ELLEN CEISLER, Judge